Núm. 9881.—Pueblo, apldo. v. Rosado, aplte.—C. D. San Juan. Escalamiento en primer grado. Marzo 29, 1943.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

Por cuanto, en su alegato, al igual que en su informe oral el día de la vista del presente recurso, el Fiscal de este Tribunal solicitó la desestimación de la apelación fundándose en que el fiscal de distrito correspondiente no fué notificado de la interposición del recurso;

Por cuanto, examinados los autos aparece que dicha notificación no fué verificada;

Por tanto, se desestima este recurso por falta de jurisdicción.

Las siguientes causas fueron desestimadas por falta de jurisdicción:

Núms. 9536, 9539, 9551, 9564, 9569, 9581, 9600, 9602, 9606, 9614, 9622, 9623, 9624, 9627, 9633, 9634, 9637, 9646, 9667, 9668, 9716, 9717, 9743, 9744, 9751, 8757, 9768, 9769, 9770, 9771, 9779, 9780, 9784, 9803, 9860, 9862, 9863, 9866, 9911, 9915, 9920, 9922, 9923, 9926, 9927, 9930, 9931, 9932, 9933, 9934, 9936, 9937, 9938, 9953, 9954, 9955, 9962, 9963, 9964, 9965, 9969, 9970, 9972, 9986, 9996, 10000, 10001, 10004, y 10012.

## (C) Desistimientos

(a) CAUSAS EN QUE SE TUVIERON POR DESISTIDOS A LOS APELANTES, A SU PROPIA INSTANCIA, DE LOS RECURSO INTERPUESTOS

Núms. 9573, 9599, 9601, 9603, 9628, 9631, 9638, 9745, 9746, 9752, 9753, 9754, 9776, 9787, 9804, 9822, 9823, 9824, 9825, 9826, 9827, 9828, 9829, 9830, 9831, 9832, 9834, 9835, 9843, 9855, 9856, 9859, 9869, 9870, 9871, 9872, 9873, 9874, 9877, 9879, 9880, 9882, 9883, 9890, 9894, 9895, 9898, 9899, 9900, 9901, 9904, 9906, 9907, 9908, 9913, 9928, 9935, 9939, 9940, 9941, 9942, 9945, 9946, 9947, 9948, 9949, 9951, 9958, 9961, 9966, 9967, 9968, 9974, 9975, 9976, 9977, 9978, 9979, 9980, 9984, 9985, 9987, 9993, 9994, 10002, 10039, 10040, 10052, 10053, 10054, 10062, 10063, 10071, 10072, 10073, 10074, 10091, 10108, 10109.